Dismissed and Memorandum Opinion filed April 22, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00933-CV

____________

 

BARTLETT COCKE, L.P., Appellant

 

V.

 

CLARENDON AMERICA INSURANCE COMPANY, Appellee

 



 

On Appeal from the
333rd District Court 

Harris County,
Texas

Trial Court Cause
No. 2007-56960

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 10, 2009.  On April 6, 2010,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Brown, Sullivan, and
Christopher.